# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

**FILED**

SEP 28 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Shirley J. Barnes-Gray,
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Nisource d/b/a Nipsco et al,
[*The DEFENDANT is who you are suing.*]

Case Number 2:23-cv-325
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 6424 Garfield Street Merrillville Indiana 46410

2. My telephone number is: (219) 644-6453

3. The Defendant's address is: 801 East 86th Avenue Merrillville Indiana 46410

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [*race, color, gender, religion, national origin*]

   ☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☐ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☑ Other: Hostile Workplace; Unfair Labor Practice.

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: June 7, 2023

6. The date on my Notice of Right to Sue letter is: June 28, 2023

7. The date I received my Notice of Right to Sue letter was: July 5, 2023

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.
   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how the defendant discriminated against you.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT:** Include social security numbers, dates of birth, or the names of minors.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Between July 2022 and December 2022, I (Shirley J. Barnes-Gray, Black Female) complained significantly concerning Co-Worker (Tammy Crane, Caucasion Female) conduct; Verbal Abuse, foul language, releasing air from my vehicle tire. Tammy Crane's conduct created a hostile workplace environment for myself and other employees that hindered being able to work in a safe and healty atmosphere. I provided Management with information and witnesses that could validate my complaint and assist them in their investigation. I never received any feedback or resolution from the Company. Tammy Crane was given a higher position with higher pay, although, Tammy Crane did not meet the "pre-requisite or qualification for the job. While in the Gas Meter Shop, located in Gary, Indiana, I believe and stated my concern to Management that Tammy Crane was harassing me due to my skin color and having the highest classification within the Gas Meter Shop.

2) April 2023 (David Newman, Black Male) was allowed to appropiate my job located in Gary, Indiana within the Gas Meter Shop through unfair & Non-contractual reasons. I was given the option to remain in the department to train David Newman to do my job and be classified at a lower level, or "bump" the junior person (Jeffrey McDaniel, Caucasion Male) whom carried the lowest rate

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.
   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how the defendant discriminated against you.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT:** Include social security numbers, dates of birth, or the names of minors.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

2) con't and lowest classification. Jeff McDaniel was classified as a Gas Meterman "C." My classification at the time was a Gas Meterman "A." Per Documents #1 & 2. 3 David Newman (Black Male) was given my pay, but holds Jeffery McDaniels classification? This in itself is not contractual or valid. I feel this was allowed because I'm the only black and the female in the Gas Meter Shop Department in Gary Indiana. I'm also the only individual in the Gary Indiana Gas Meter Shop that holds the qualification and title of Gas Meterman A. David Newman was not, is not or will be qualified to appropiate my position. Company and Local Uinn (USW 12775) was aware that Gas Meterman "A" located in Gary Indiana has not been obtainable for over 5years due to "business decision" by Management. My qualification as a Gas Meterman "A" in Gary Indiana is grandfathered due to certification before any cut backs in the Gas Meter Department.

3.) I (Shirley J. Barnes-Gray) have endured mental & emotional stress. I've (Shirley J. Barnes-Gray) eventually had to seek Professional Counseling. I (Shirley J. Barnes-Gray) have been diagnosed with PTSD, Anxiety/Panic Attack and depression caused by the discrimination, hostile Workplace and unfair labor practice.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Acknowledgment of Gas Meterman "A" is not bumpable and I should be listed as such due to "grandfathered." Compensatory and Punitive damages; all court costs; Attorney fees (if applicable.)

DOCUMENTS – I have attached a copy of the following documents:

- ☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- ☑ Notice of Right to Sue letter
- ☑ Other: Documents 1, 2 and 3

FILING FEE – Are you paying the filing fee?

- ☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

SJBG___ I will keep a copy of this complaint for my records.
SJBG___ I will promptly notify the court of any change of address.
SJBG___ I declare **under penalty of perjury** that the statements in this complaint are true.

_Shirley J. Barnes-Gray_                               Sept 26, 2023
Signature                                              Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]